IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. 15-CV-739-JLK

**WILLIAM RAMSEY,**

Plaintiff,

v.

**ALPHA RECOVERY CORP.,**

Defendant.

## ORDER OF DISMISSAL

Kane, J.

Upon consideration of the Uncontested Motion for Dismissal (Doc. 7), filed June 1,

2015, it is

**ORDERED** that the Motion is **GRANTED**.  This case is **DISMISSED WITH**

**PREJUDICE**, the parties to bear their own costs and attorney fees.

Dated:  June 1, 2015

BY THE COURT:

*S/John L. Kane*
JOHN L. KANE, SENIOR JUDGE
UNITED STATES DISTRICT COURT